UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

-------------------------------------------------------------------X

THE INTERNATIONAL BROTHERHOOD OF
TEAMSTERS UNION LOCAL NO. 710
PENSION FUND, and JAMES E. DAWES and
NEAL J. LONDON, Trustees, AND
THE INTERNATIONAL BROTHERHOOD OF
TEAMSTERS UNION LOCAL NO. 710
HEALTH & WELFARE FUND, and JAMES
E. DAWES and NEAL J. LONDON, Trustees,

           Plaintiffs,

v.

THE BANK OF NEW YORK MELLON
CORPORATION, a Delaware corporation, and THE
BANK OF NEW YORK MELLON (f/k/a THE BANK
OF NEW YORK),

           Defendants.

-------------------------------------------------------------------X

Civ. Action No. 13-cv-1844

**JUDGE NORGLE**

**MAGISTRATE JUDGE GILBERT**

**AGREED ORDER**

      WHEREAS, Plaintiffs The International Brotherhood of Teamsters Union Local No. 710 Pension Fund (the "Local 710 Pension Fund") and The International Brotherhood of Teamsters Union Local No. 710 Health & Welfare Fund (the "Local 710 Health & Welfare Fund") (together with the Local 710 Pension Fund, "Plaintiffs") commenced this proceeding by filing a complaint on March 7, 2013 (the "Complaint");

      WHEREAS, on May 23, 2013, the Court entered an order setting forth an agreed-upon schedule to file an answer or otherwise respond to Plaintiffs' Complaint;

      WHEREAS, on June 7, 2013, Defendant BNY Mellon Corporation filed a motion to dismiss Plaintiffs' Complaint (Docket No. 18, the "Motion to Dismiss");

      WHEREAS, on June 27, 2013, Plaintiffs filed an Amended Complaint;

WHEREAS, Plaintiffs and defendants The Bank of New York Mellon Corporation ("BNY Mellon Corp.") and The Bank of New York Mellon, formerly known as The Bank of New York ("BNY" and, together with BNY Mellon Corp., "Defendants") have agreed to the contents of this Agreed Order;

**IT IS HEREBY ORDERED**:

1. The Motion to Dismiss the Complaint is hereby withdrawn as moot;

2. Defendants shall serve an Answer or otherwise respond to the Amended Complaint by the close of business on August 14, 2013;

3. Plaintiffs' opposition papers, if any, shall be served by the close of business on September 12, 2013; and

4. Defendants' reply papers, if any, shall be served by the close of business on October 3, 2013.

Dated: July 15, 2013

ENTERED: _____
Hon. Charles Norgle,
United States District Court Judge