IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS UNION LOCAL NO. 710 PENSION FUND, and JAMES E. DAWES and NEAL J. LONDON, Trustees, AND THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS UNION LOCAL NO. 710 HEALTH & WELFARE FUND, and JAMES E. DAWES and NEAL J. LONDON, Trustees, | ) ) ) ) ) ) ) ) ) ) ) | Judge Charles R. Norgle Magistrate Judge Jeffrey T. Gilbert |
| | ) ) | Civil No. 1:13-cv-01844 |
| Plaintiffs, v. | ) ) ) ) | |
| THE BANK OF NEW YORK MELLON CORPORATION, a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF DESIGNATION OF LOCAL COUNSEL**

Robin A. Henry, W. Todd Thomas, and Rosaline Y. Chan, all attorneys with the law firm of BOIES, SCHILLER & FLEXNER, LLP, all of whom reside outside of the state of Illinois, and all of whom are not admitted to the Illinois Supreme Court, hereby designate Debra Bogo-Ernst of Mayer Brown LLP, 71 South Wacker Drive, Chicago, Illinois 60606, telephone number 312-782-0600, Illinois state bar number 6271962, as local counsel for the Defendant, The Bank of New York Mellon. Ms. Bogo-Ernst filed her appearance on or about May 17, 2013 and indicated on her appearance that she was acting as local counsel (Dkt. No. 11).

Dated: August 9, 2013                                      Respectfully submitted,

                                                                                 THE BANK OF NEW YORK MELLON

1

/s/ __Debra Bogo-Ernst_____

Debra Bogo-Ernst
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606-4637
(312) 782-0600
(312) 706-8474 – Facsimile
dernst@mayerbrown.com

Attorney for Defendant The Bank of New York Mellon

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served upon all parties via the U.S. District Court for the Northern District of Illinois' electronic filing system this 9th day of August, 2013.

                                                    s/ Debra Bogo-Ernst
                                                    Debra Bogo-Ernst